IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| C & S MANUFACTURING, INC., et al., : | |
| : | CIVIL ACTION |
| Plaintiffs, : | |
| : | |
| v. : | No. 09-653 |
| : | |
| JANET NAPOLITANO, et al., : | |
| : | |
| Defendants. : | |

# O R D E R

**AND NOW**, this 18th day of February, 2010, in consideration of Defendants' "Motion to Dismiss Complaint for Writ of Mandamus" (Doc. No. 13), and the Responses thereto, it is hereby **ORDERED** that the Motion is **GRANTED**. Plaintiffs may file a Motion for Attorneys' Fees within fourteen (14) days of the date of this Order.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE